

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278*

February 26, 2024

**BY ECF AND EMAIL**
Honorable Jennifer E. Willis
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States v. Devone Thomas*, No. 24 Mag. 757

Dear Judge Willis:

  The Government writes respectfully, with the consent of the defendant, to request an extension of the preliminary hearing date in the above-referenced matter.

  The defendant, Devone Thomas, was taken into federal custody on February 20, 2024, and presented before the Hon. Sarah L. Cave, United States Magistrate Judge for the Southern District of New York, on February 21, 2024. Thomas is charged by complaint with two counts of Hobbs Act robbery and two counts of aiding and abetting the use, carrying, and possession of firearms in furtherance of those robberies. Judge Cave ordered Thomas released pending trial on certain bail conditions (principally, home incarceration and an unsecured bond co-signed by three financially responsible parties). Judge Cave required Thomas to satisfy those conditions before being released and thus temporarily remanded Thomas to federal custody. As a result, Judge Cave set the preliminary hearing in this matter for March 6, 2024.

  On February 23, 2024, Thomas was released on bail, having satisfied the conditions set by Judge Cave. On February 25, 2024, Thomas's counsel consented to an extension of the preliminary hearing date to thirty days after Thomas's initial appearance. Accordingly, the Government respectfully requests that the Court reschedule Thomas's preliminary hearing to March 22, 2024.

Application GRANTED.

SO ORDERED.

2/27/2024

Sarah Netburn, USMJ

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Ryan W. Allison
Assistant United States Attorney
Tel: 212-637-2474

cc: Hannah McCrae (via ECF and Email)